IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **CARMEN CARTER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:17-cv-00755-MRB |
| | § | |
| **TRANSWORLD SYSTEMS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Transworld Systems, Inc. ("TSI"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that TSI and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, TSI and Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ R. Glenn Knirsch
R. Glenn Knirsch (OH Bar # 0080770)
Sessions, Fishman, Nathan & Israel, LLC
2647 Eaton Road
University Heights, OH 44118
Telephone: (216) 331-1308
Facsimile: (216) 220-4937
Email: rgknirsch@sessions.legal

*Attorney for Defendant,*
*Transworld Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on January 17, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Southern District of Ohio, and served via CM/ECF upon the following:

Marc E. Dann
Brian D. Flick
The Dann Law Firm Co., L.P.A.
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
Facsimile: (216) 373-0536
Email: notices@dannlaw.com
*Attorneys for Plaintiff*

                                                     /s/ R. Glenn Knirsch
                                                     R. Glenn Knirsch (OH Bar # 0080770)