IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **CARMEN CARTER** | Case No. 1:17-cv-00755-MRB |
| Plaintiff, | Judge Michael R. Barrett |
| v. | |
| **TRANSWORLD SYSTEMS, INC.** | |
| Defendants. | |

**PLAINTIFF CARMEN CARTER'S NOTICE OF
VOLUNTARY DISMISSAL *WITH PREJUDICE***

Plaintiff Carmen Carter ("Plaintiff"), through Counsel, hereby dismisses all claims *with prejudice* against Defendant Transworld Systems, Inc. pursuant to Civ. R. 41(a).

Respectfully Submitted,

*/s/*Brian D. Flick, Esq.
Marc E. Dann (0039425)
Brian D Flick (0081605)
DANNLAW
P.O. Box 6031040
Cleveland, OH  44103
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 25, 2018, a copy of the foregoing was served in accordance with Local Rules upon the following:

R. Glenn Knirsch, Esq.
Sessions, Fishman, Nathan & Israel
2647 Eaton Road
University Heights, OH 44118-4330
*Attorney for Defendant*

              /s/ Brian D. Flick
              Brian D. Flick (0081605)
              Marc E. Dann (0039425)
              DannLaw